AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES EDWARD JENKINS,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 123-118

MS. RADETA G. SMITH,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered November 16, 2023, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, to which no objections have been filed, and dismisses this case without prejudice.  This case stands closed.

11/16/2023  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020